350 WEST 38TH STREET Co., INC., Respondent, Appellant, v. JOSEPH SHIMEL, Appellant, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

MORRIS W. LEVINE, Respondent, v. MAX LIEBESKIND, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within twenty days from date of entry of order, reciting the granting of such leave to sue, and with leave to defendant within twenty days after service of such amended complaint to plead, answer or otherwise to move with reference thereto, upon payment of said costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARNOLD STERN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

AMERICAN EQUITABLE ASSURANCE COMPANY OF NEW YORK, Respondent, v. EDWARD J. RAMSEY, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

WILLIAM W. NILES and Another, Composing the Firm of NILES & JOHNSON, Respondents, v. NORA L. GARDINER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

DOROTHY N. HOPKINS, Appellant, v. JOSEPH FLEISCHMAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ELECTUS T. BACKUS, Respondent, v. STAFFORD BROTHERS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ENID REALTY COMPANY, Respondent, v. BRONX MATERNITY HOSPITAL, Appellant.—Appeal from judgment dismissed. Order appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

MILDRED CROSBY, Respondent, v. M. F. REALTY Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

HOWARD CROSBY, Respondent, v. M. F. REALTY Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.